Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 08−11996−rb**

**In re:**

| | |
|---|---|
| Michael Paul Prihoda | Reba Faye Prihoda |
| 1602 Crestline | 1602 Crestlind |
| Cleveland, OH 44109 | Cleveland, OH 44109 |

**Social Security No.:**
xxx−xx−0495                    xxx−xx−2507

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Brian A Bash is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 6, 2009  /s/ Randolph Baxter
Form ohnb136  United States Bankruptcy Judge